```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
```

**Tamika N. Wyche, Esquire**
**Law Offices of David Paul Daniels, LLC**
**3300 FEDERAL STREET**
**CAMDEN, NEW JERSEY 08105**
**(856) 338-0411**

FILE No.: 10310

In Re: BRANDON J. HARVEY



**Order Filed on October 8, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 19-27380

Adv. No.:

Hearing Date: 10/8/19

Judge: ANDREW B. ALTENBURG

ORDER EXTENDING THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: October 8, 2019**

*/s/ Andrew B. Altenburg, Jr.*
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(PAGE 2)

Debtor: BRANDON J. HARVEY

Case No: 19-27380 ABA

Caption of Order: ORDER EXTENDING THE AUTOMATIC STAY
_____

THIS MATTER having been opened to the Court by Tamika N. Wyche, Esquire, Attorney for Debtor, Brandon J. Harvey on Motion to Extend the Automatic Stay; and Tamika N. Wyche, Esquire, appearing for the Debtor; and the Court after hearing arguments of counsel; and for good cause having been shown; it

ORDERED that the Automatic Stay is Extended until the completion of the plan, pursuant to 11 U.S.C. 362(c)(3)(B).