```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____
Tamika N. Wyche, Esquire
Law Offices of David Paul Daniels, LLC
3300 FEDERAL STREET
CAMDEN, NEW JERSEY 08105
(856) 338-0411

FILE No.: 10310
_____
In Re: BRANDON J. HARVEY
```



**Order Filed on October 8, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 19-27380

Adv. No.:

Hearing Date: 10/8/19

Judge: ANDREW B. ALTENBURG

ORDER EXTENDING THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: October 8, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor: BRANDON J. HARVEY

Case No: 19-27380 ABA

Caption of Order: ORDER EXTENDING THE AUTOMATIC STAY
_____

    THIS MATTER having been opened to the Court by Tamika N. Wyche, Esquire, Attorney for Debtor, Brandon J. Harvey on Motion to Extend the Automatic Stay; and Tamika N. Wyche, Esquire, appearing for the Debtor; and the Court after hearing arguments of counsel; and for good cause having been shown; it

    ORDERED that the Automatic Stay is Extended until the completion of the plan, pursuant to 11 U.S.C. 362(c)(3)(B).

United States Bankruptcy Court
District of New Jersey

In re:  
Brandon J. Harvey  
    Debtor

Case No. 19-27380-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1   User: admin   Page 1 of 1   Date Rcvd: Oct 08, 2019  
                Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2019.  
db        Brandon J. Harvey,   1052 Fries Mill Rd,   Franklinville, NJ  08322-2605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2019            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2019 at the address(es) listed below:  
       Isabel C. Balboa   ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Kevin Gordon McDonald   on behalf of Creditor   BANK OF AMERICA, N.A. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Tamika Nicole Wyche   on behalf of Debtor Brandon J. Harvey daviddanielslaw@gmail.com, G30609@notify.cincompass.com  
       U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
       TOTAL: 4