Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

            Case No.:  19−27380−ABA
            Chapter:  13
            Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brandon J. Harvey
   1052 Fries Mill Rd
   Franklinville, NJ 08322−2605

Social Security No.:
   xxx−xx−8920

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/20/20.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: April 20, 2020
JAN: bc

                                                   Jeanne Naughton
                                                   Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                              Case No. 19-27380-ABA
Brandon J. Harvey                                                   Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0312-1        User: admin               Page 1 of 2        Date Rcvd: Apr 20, 2020
                            Form ID: 148              Total Noticed: 27
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 22, 2020.
```
db             Brandon J. Harvey,    1052 Fries Mill Rd,    Franklinville, NJ  08322-2605
518453566     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court: American Honda Finance,    201 Little Falls Dr,
                Wilmington, DE  19808-1674)
518453567      ARS Account Resolution,    1801 NW 66th Avenue Ste 200,    Fort Lauderdale, FL 33313-4571
518465968     +BANK OF AMERICA, N.A..,    Kevin G. McDonald, Esquire,    216 Haddon Avenue, Ste. 406,
                Westmont, NJ 08108-2812
518453569      Bank of America Home Loans,    7101 Corporate Dr,    Plano, TX  75024-4100
518453570      Calvary Portifilio SVCS,    500 Summit Lake Dr Apt D,    Valhalla, NY  10595-1340
518453572      Capital One Bank,    PO Box 98873,    Las Vegas, NV  89193-8873
518453573      Debt Recovery Solutions,    PO Box 9003,    Syoset, NY 11791-9003
518548898      Emergency Physician Associate of South Jersey, PC,    PO Box 1123,    Minneapolis MN 55440-1123
518453575      Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ  08054-1297
518453577      KML Law Group, P.C.,    216 Haddon Ave Ste 406,    Westmont, NJ  08108-2812
518453579      State of New Jersey Division of Taxation,    PO Box 245,    Trenton, NJ  08695-0245
518527937     +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000,    Raleigh, NC 27605-1000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 21 2020 00:03:50      U.S. Attorney,   970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 21 2020 00:03:47      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
518453568      EDI: CINGMIDLAND.COM Apr 21 2020 03:23:00      AT&T Mobility,   PO Box 537104,
                Atlanta, GA  30353-7104
518554577     +EDI: CINGMIDLAND.COM Apr 21 2020 03:23:00      AT&T Mobility II LLC,   %AT&T SERVICES INC.,
                KAREN A. CAVAGNARO LEAD PARALEGAL,    ONE AT&T WAY, SUITE 3A104,    BEDMINSTER, NJ. 07921-2693
518534250      EDI: BANKAMER.COM Apr 21 2020 03:23:00      Bank of America,   PO Box 31785,
                Tampa, FL 33631-3785
518453571      E-mail/Text: bankruptcy@cavps.com Apr 21 2020 00:04:05      Calvary SPV I, LLC,
                500 Summit Lake Dr Ste 400,    Valhalla, NY  10595-2321
518477220     +E-mail/Text: bankruptcy@cavps.com Apr 21 2020 00:04:06      Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
518453574      EDI: DCI.COM Apr 21 2020 03:23:00      Diversified Consultnts,    PO Box 551268,
                Jacksonville, FL  32255-1268
518453576      EDI: IRS.COM Apr 21 2020 03:23:00      IRS,   PO Box 931000,    Louisville, KY  40293-1000
518453578      E-mail/PDF: resurgentbknotifications@resurgent.com Apr 21 2020 00:14:29
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC  29603-0587
518453580      EDI: TDBANKNORTH.COM Apr 21 2020 03:23:00      TD Bank, N.A.,   PO Box 219,
                Lewiston, ME  04243-0219
518560965     +EDI: AIS.COM Apr 21 2020 03:23:00      Verizon,   by American InfoSource as agent,
                4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518453581      EDI: AIS.COM Apr 21 2020 03:23:00      Verizon,   c/o American InfoSource LP,
                4515 N Santa Fe Ave,    Oklahoma City, OK  73118-7901
518453582      EDI: WFFC.COM Apr 21 2020 03:23:00      Wells Fargo Dealer Services,
                Attn: Correspondence - MAC T9017-026,    PO Box 168048,    Irving, TX  75016-8048
                                                                                               TOTAL: 14

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin               Page 2 of 2                Date Rcvd: Apr 20, 2020
                              Form ID: 148              Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 20, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    BANK OF AMERICA, N.A. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Tamika Nicole Wyche    on behalf of Debtor Brandon J. Harvey daviddanielslaw@gmail.com,
               G30609@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 6
```